IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEVIN TERRENCE DAVIS**                                                     **PLAINTIFF**

**v.**                                               **NO. 4:08CV85-A-D**

**CHRISTOPHER EPPS, ET AL.**                                         **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated December 3, 2008, and the December 11, 2008, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated December 3, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the plaintiff's motion for preliminary injunctive relief is hereby **DENIED.**

THIS, the __17th__ day of February, 2009.

                                                       **/s/ Sharion Aycock**
                                                       **U. S. DISTRICT JUDGE**