**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KEVIN TERRANCE DAVIS**                                             **PLAINTIFF**

**v.**                                                               **No. 4:08CV85-A-D**

**CHRISTOPHER EPPS, ET AL.**                                    **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the defendants' motion for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants. This case is **CLOSED.**

**SO ORDERED,** this the 8th day of February, 2010.

                                                                     **/s/ Sharion Aycock**
                                                                     **U.S. DISTRICT JUDGE**